UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61379-Civ-COOKE/BANDSTRA

COLONY INSURANCE COMPANY,

    Plaintiff,

vs.

WINNIE I. NEUBAUER; OCEAN MEDICAL CENTER, LLC; OCEAN; HYPERBARIC NEUROLOGIC CENTER, INC.; ANGELA RUSCIO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF VINCENZA PESCE; AND LUIGI MARTINISI, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF FRANCESCO PIO MARTINISI,

    Defendants.

_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the Court's Order Administratively Closing Case dated August 17, 2010 (D.E. 85), it is hereby stipulated and agreed among Plaintiff, COLONY INSURANCE COMPANY, and Defendants, WINNIE I. NEUBAUER, OCEAN MEDICAL CENTER, LLC, OCEAN HYPERBARIC NEUROLOGIC CENTER, INC., ANGELA RUSCIO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF VINCENZA PESCE, and LUIGI MARTINISI, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF FRANCESCO PIO MARTINISI, by and through their undersigned counsel of record, for entry of an Order voluntarily dismissing this action with prejudice, a resolution of all matters in dispute having been made by settlement agreement between the parties.  Each party is to bear its own costs and attorneys' fees.

CASE NO. 09-61379-Civ-COOKE/BANDSTRA

**DATED** this 28th day of January 2011

| | |
|---|---|
| **RUMBERGER, KIRK & CALDWELL, P.A**.<br>Counsel for Plaintiff<br>Brickell Bayview Centre<br>80 SW 8th St., Suite 3000<br>Miami, FL 33130<br>Telephone: (305) 358-5577<br>Facsimile: (305) 371-7580<br><br>*s/Manu Leila Davidson*<br>Joshua D. Lerner<br>Florida Bar No: 0455067<br>Email: jlerner@rumber.com<br>Manu Leila Davidson<br>Florida Bar No. 0672882<br>Email: mdavidson@rumberger.com | **KENNETH V. HEMMERLE, II, P.A.**<br>Counsel for Ocean Medical Center, LLC and Winnie I. Neubauer<br>1322 NE 4th Avenue<br>Fort Lauderdale, FL 33304<br>Telephone: (954) 768-9116<br>Facsimile: (954) 768-9117<br><br>*s/Kenneth V. Hemmerle, II, Esq.*<br>Kenneth V. Hemmerle, II Esq.<br>Florida Bar No: 841020<br>Email: KVHIILAW@aol.com<br>Richard P. McCusker, Jr., Esq.<br>Florida Bar No: 376280<br>Email: rrmccusker@aol.com |
| **CLARKE SILVERGATE WILLIAMS & MONTGOMERY**<br>Counsel for Ocean Hyperbaric Neurologic Center, Inc.<br>799 Brickell Plaza, 9th Floor<br>Miami, FL  33131<br>Telephone: (305) 377-0700<br>Facsimile: (305) 377-3001<br><br>*s/Craig Salner, Esq.*<br>Craig Salner, Esq.<br>Florida Bar No. 669695<br>Email: csalner@csclawfirm.com<br>Dennis Michael Campbell, Esq.<br>Florida Bar No. 271527<br>Email: dcampbell@csclawfirm.com | **THE HAGGARD LAW**<br>Counsel for Angela Ruscio, as Personal Representative of the Estate of Vincenza Pesce; and Defendant Luigi Martinisi, as Personal Representative of the Estate of Francesco Pio Martinisi<br>330 Alhambra Circle, 1st Floor<br>Coral Gables, Florida 33134<br>Telephone: 305-446-5700<br>Facsimile: 305-446-1154<br><br>*s/Jeannete C. Lewis*<br>Douglas J. McCarron<br>Florida Bar No.  0077453<br>E-mail: DJM@haggardlawfirm.com<br>James C. Bleke<br>Email:  jcb@haggardlawfirm.com<br>Florida Bar No. 136047<br>Jeannete C. Lewis<br>Florida Bar No. 987565<br>Email: jlewis@haggardlawfirm.com |

CASE NO. 09-61379-Civ-COOKE/BANDSTRA

**BALCH & BINGHAM LLP**
Counsel for Ocean Hyperbaric Neurologic
Center, Inc.
30 Ivan Allen Jr. Boulevard NW, Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656


*s/Christopher S. Anulewicz*
Christopher S. Anulewicz (pro hac vice)
Email: canulewicz@balch.com
M. Anne Kaufold-Wiggins (pro hac vice)
Email: awiggins@balch.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61379-Civ-COOKE/BANDSTRA

COLONY INSURANCE COMPANY,

    Plaintiff,

vs.

WINNIE I. NEUBAUER; OCEAN MEDICAL CENTER, LLC; OCEAN; HYPERBARIC NEUROLOGIC CENTER, INC.; ANGELA RUSCIO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF VINCENZA PESCE; AND LUIGI MARTINISI, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF FRANCESCO PIO MARTINISI,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Joint Stipulation for Final Order of Dismissal With Prejudice, and the Court having been fully advised in the premise, it is hereby

**ORDERED and ADJUDGED** that this action, including the complaint of Plaintiff, Colony Insurance Company, is dismissed with prejudice. Each party to the Stipulation is to bear its own costs and attorneys' fees. The court reserves jurisdiction to enforce the terms of the parties' settlement.

**DONE and ORDERED** this _____ day of _____ 2011.

                                                                                                                  _____
                                                                                                                  MARCIA G. COOKE
                                                                                                                  United States District Judge

Copies furnished to: Service List

CASE NO. 09-61379-Civ-COOKE/BANDSTRA

**SERVICE LIST**

**Counsel for Plaintiff Colony Insurance Company**

Joshua D. Lerner
Email: jlerner@rumber.com
Manu Leila Davidson
Email: mdavidson@rumberger.com
Rumberger, Kirk & Caldwell, P.A.
Brickell Bayview Centre
80 SW 8th St., Suite 3000
Miami, FL 33130
Telephone: (305) 358-5577
Facsimile: (305) 371-7580

*Attorneys for Ocean Hyperbaric Neurologic Center, Inc.*

Craig Salner, Esq.
Email: csalner@csclawfirm.com
Dennis Michael Campbell
Email: dcampbell@csclawfirm.com
Clarke Silverglate Williams & Montgomery
799 Brickell Plaza, 9th Floor
Miami, FL 33131
Telephone:   (305) 377-0700
Facsimile:   (305) 377-3001

Christopher S. Anulewicz (pro hac vice)
Email: canulewicz@balch.com
M. Anne Kaufold-Wiggins (pro hac vice)
Email: awiggins@balch.com
Balch & Bingham LLP
30 Ivan Allen Jr. Boulevard NW, Suite 700
Atlanta, GA 30308
Telephone:  (404) 261-6020
Facsimile:   (404) 261-3656

*Attorneys for Ocean Medical Center, LLC and Winnie I. Neubauer*

Kenneth V. Hemmerle, II Esq.
Email:  KVHIILAW@aol.com
Richard P. McCusker, Jr., Esq.

*Counsel for Angela Ruscio, as Personal Representative of the Estate of Vincenza Pesce; and Defendant Luigi Martinisi, as Personal Representative of the Estate of Francesco Pio Martinisi*

James C. Blecke, Esq.
E-mail: jcb@haggardlawfirm.com
Douglas J. McCarron
E-mail: DJM@haggardlawfirm.com
Jeannete C. Lewis
E-mail: JCL@haggardlawfirm.com
The Haggard Law Firm
330 Alhambra Circle, 1st Floor
Coral Gables, Florida 33134
Telephone: 305-446-5700
Facsimile: 305-446-1154

Matthew D. Weissing, Esq.
Email:  mweissing@rra-law.com
Steven R. Jaffe, Esq.
Email: steve@pathtojustice.com
Rothstein Rosenfeldt Adler P.A.
401 E Las Olas Boulevard, Suite 1650
Fort Lauderdale, Florida 33301
Telephone:   (954) 315-7202
Facsimile:   (954) 527-8663

Mark S. Fistos, Esq.
Email:  mfistos@rra-law.com
Aronovitz Trial Lawyers P.A.
6753 Thomasville Road, Suite 108-242
Tallahassee, FL 32312
Telephone:   (850) 727-0020
Facsimile:   (850) 681-7889

5

CASE NO. 09-61379-Civ-COOKE/BANDSTRA

Email:  rrmccusker@aol.com,
Kenneth V. Hemmerle, II, P.A.
1322 NE 4th Avenue
Fort Lauderdale, FL 33304
Telephone:     (954) 768-9116
Facsimile:      (954) 768-9117